# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 20, 2018

Ms. Candace C. Crouse
Pinales Stachler Young Burrell & Crouse
455 Delta Avenue
Suite 105
Cincinnati, OH 45226

Mr. Stephen J. Wenke
36 E. 7th Street
Suite 2020
Cincinnati, OH 45202

Re: Case No. 18-3253, *USA v. Cody Jackson*
Originating Case No. : 1:15-cr-00118-1

Dear Counsel,

This appeal has been docketed as case number **18-3253** with the caption that is enclosed on a separate page.

Even if the defendant filed the notice of appeal, Sixth Circuit Rule 12(c)(1) requires that counsel continue representation on appeal until specifically relieved by this Court. If a convicted defendant did not qualify to proceed in forma pauperis in the district court but appears to qualify on appeal, Sixth Circuit Rule 24 requires that "trial counsel must see that the defendant completes CJA Form 23 (for an incarcerated defendant) or Fed. R. App. P. Form 4 (for a defendant not incarcerated) and files it in the district court." Counsel's failure to act in this situation may result in adverse action from this court.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **April 3, 2018**. Additionally, the transcript order must be completed by that date.

NOTE: Effective July 18, 2016, all attorneys must order transcript for appeal by using the CM/ECF docket entries. The transcript order form used prior to that date will not be accepted after July 18. For further information and instructions on ordering transcript electronically, please visit the court's website.

> Appellant: Appearance of Counsel
> Application for Admission to 6th Circuit Bar (if applicable)
>
> Appellee: Appearance of Counsel
> Application for Admission to 6th Circuit Bar (if applicable)

More specific instructions are printed on each form. If the filing fee for the appeal is due because the appellant is not indigent, it must be paid to the District Court by **April 3, 2018**. These deadlines are important -- if the initial forms are not timely filed or the filing fee is due but not paid, the appeal will be dismissed for want of prosecution.

If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

> Sincerely yours,
>
> s/Anne C. Brown
> Case Manager
> Direct Dial No. 513-564-7069

cc: Ms. Christy L. Muncy

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 18-3253**

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

CODY LEE JACKSON

        Defendant - Appellant